[No. 54142-1-I.   Division One.   August 1, 2005.]

EVA M. FRESE ET AL., *Respondents*, v. SNOHOMISH COUNTY ET AL., *Petitioners*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-24214-4, Nicole MacInnes, J., entered March 2, 2004. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox, C.J.; Appelwick, J., concurring separately. Now published at 129 Wn. App. 659.

[No. 31497-5-II.   Division Two.   August 16, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN LEE HIGH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-00981-6, Bruce W. Cohoe, J., entered March 4, 2004. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Morgan and Houghton, JJ.

[No. 31685-4-II.   Division Two.   August 16, 2005.]

MICHAEL D. GUNDERSON, *Respondent*, v. BRIAN K. ASBURY ET AL., *Appellants*, KITSAP COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 98-2-03534-1, M. Karlynn Haberly and Terry K. McCluskey, JJ., entered April 21, 2004. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Morgan and Bridgewater, JJ.